```
UNITED STATES BANKRUPTCY COURT          Return Date:  February 12, 2026
EASTERN DISTRICT OF NEW YORK            Time:  10:00 a.m.
---------------------------------------------------------X
In re:
                                                  Chapter 13
                                                  Case No.: 25-45831-206

LINDA RAAB-GIAMARINO

                    Debtor(s)           NOTICE OF MOTION
---------------------------------------------------------X
SIRS / MADAMS:
```

**PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the 12th day of FEBRUARY, 2026 at 10:00 a.m., at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear, and/or, be examined at the §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video.  Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing.  The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 .  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347)394-1844, jmm_hearings@nyeb.uscourts.gov.

**PLEASE TAKE NOTICE**, that the hearing on the Motion may be adjourned without notice other than announcement in open Court.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated: Islandia, New York                       Yours, etc.
       January 21, 2026

                                                MICHAEL J. MACCO
                                                Chapter 13 Trustee
                                                2950 Express Drive South, Suite 109
                                                Islandia, NY   11749
                                                (631) 549-7900

To:    Office of the United States Trustee
       LINDA RAAB-GIAMARINO, Pro-Se Debtor(s)
       KARAMVIR DAHIYA, ESQ., Attorney for Debtor(s)
       All Interested Parties and Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    tmm1634
In re:
                                                                Chapter 13
                                                                Case No.: 25-45831-206

LINDA RAAB-GIAMARINO

                                     Debtor(s)                               **APPLICATION**
-------------------------------------------------------X
TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

       1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 3, 2025, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.  As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

       3.  In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee a Chapter 13 Plan in the proper district form; a Certificate of Credit Counseling; Statement of Financial Affairs accurately answering all questions completely and accurately; Statement of Current Monthly Income and Means Test fully completed; complete set of schedules that accurately lists all assets and liabilities, income and expenses; copies of pay statements from employer for sixty (60) day period preceding filing; copy of unredacted identification forms; and a copy of a response letter to the notice of unfiled tax returns sent by the New York State Department of Taxation and Finance, required within the fifteen (15) day period under the Bankruptcy Code.

       4.  Furthermore, as of this date the debtor has failed to provide the Trustee with copies of the previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

       5.  Moreover, the debtor failed to appear, and/or, be examined at the initial §341 meeting of creditors, held on January 20, 2026 at 10:00 a.m.

       6.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

       **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
        January 21, 2026

                                                              */s/ Michael J. Macco*
                                                              Michael J. Macco, Chapter 13 Trustee
                                                              2950 Express Drive South, Suite 109
                                                              Islandia, NY   11749
                                                              (631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x     Case No: 25-45831-206
IN RE:

LINDA RAAB-GIAMARINO                                              CERTIFICATE OF SERVICE
                                                                  BY MAIL AND ELECTRONIC
                                                                           SERVICE

                          Debtor(s)
------------------------------------------------------------x

This is to certify that I, Christine Prasnik, have this day served a true, accurate and correct copy of the within Notice of Motion and Application, by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Linda Raab-Giamarino*
*2434 E 66th Street*
*Brooklyn, NY 11234*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose:

*Office of the United States Trustee*
*Alexander Hamilton Custom House*
*Email: ustp.region02.br.tfrtdr@usdoj.gov*

*Karamvir Dahiya, Esq.*
*Dahiya Law Offices LLC*
*Email: karam@dahiya.law*
*Attorney for Debtor(s)*

*Marian Garza, Agent on behalf of Capital One Auto Finance*
*AIS Portfolio Services, LLC*
*Email: ECFNotices@aisinfo.com*
*Agent for Creditor*

*Ernest Yazzetti, Jr., Esq. on behalf of Wilmington Savings Fund Society, FSB*
*McCalla Raymer Leibert Pierce, LLP*
*Email: NY_ECF_Notices@McCalla.com*
*Attorney for Secured Creditor(s)*

This day of January 21, 2026

**/s/ Christine Prasnik**
Christine Prasnik, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
(631) 761-9444