UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

Linda Raab-Giamarino,

Debtor.
---------------------------------------------------------x

Chapter 13

Case No. 25-45831-jmm

# ORDER DIRECTING DEBTOR'S COUNSEL TO REIMBURSE DEBTOR FOR CASE FILING FEE

**WHEREAS**, on December 3, 2025, the above-captioned debtor (the "Debtor") filed a petition for relief under chapter 13 of the Bankruptcy Code; and

**WHEREAS**, the Debtor is represented by Karamvir Dahiya, Esq. ("Debtor's Counsel"); and

**WHEREAS**, Debtor's Counsel disclosed that he received $5,000 to represent the Debtor in this bankruptcy case (the "Retainer") [ECF No. 19]; and

**WHEREAS**, the Debtor's Counsel failed to file timely certain schedules and other documents required under 11 U.S.C. § 521 (the "Required Filings") and listed in the Notice of Deficient Filing [ECF No. 12]; and

**WHEREAS**, the Court entered an Order to Show Cause Why Attorney Should Not be Sanctioned for Failure to Provide Adequate Representation (the "Order to Show Cause") [ECF No. 21] scheduling a hearing for February 17, 2026; and

**WHEREAS**, on February 16, 2026, Debtor's Counsel filed a Response to the Order to Show Cause [ECF No. 28]; and

**WHEREAS**, at the February 17, 2026, hearing, Debtor's Counsel represented to the Court that the Retainer was exhausted by services rendered in connection with certain state

court litigation and it was Debtor's Counsel's intent to render services to the Debtor for this bankruptcy case without charge; and

**WHEREAS**, by failing to file the Required Filings timely, Debtor's case was dismissed, and Debtor's $313 filing fee was lost.

**NOW, THEREFORE**, it is

**ORDERED**, within thirty (30) days of entry of this Order, Debtor's Counsel shall serve a copy of this Order on the Debtor and refund $313 to the Debtor; and it is further

**ORDERED**, that within thirty-five (35) days of entry of this Order, Counsel shall file on the docket of this case (a) proof of service of this Order; and (b) a certification that Counsel refunded the $313 filing fee to the Debtor with proof of payment; and it is further

**ORDERED**, notwithstanding dismissal of this case, the Court shall retain jurisdiction to hear and determine disputes arising from or related to the implementation of this Order.



Dated: February 23, 2026
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge